

# RTR FINANCIAL SERVICES, INC.

September 24, 2015

RALPHY RODRIGUEZ
8631 FT HAMILTON PKWY
APT 3F
BROOKLYN, NY 11209

RE: MAIMONIDES MEDICAL CENTER
Patient's Name: RALPHY RODRIGUEZ
Account Number: 24 - 1407317787
Date of Service - 7/06/14
Balance Due: $ 554.45

Dear RALPHY RODRIGUEZ:

Enclosed is a copy of the itemized bill you requested regarding the above referenced account. Upon your review, please remit payment in full to us in the enclosed self-addressed envelope.

Should you have any questions, please contact Mr. Miller.

This communication is from a debt collector and any information obtained will be used for the purpose of collecting this debt.

Thank you for your continued cooperation and your anticipated payment.

Very truly yours,


RTR Financial Services, Inc.
Enclosures

---

Executive Office: 2 Teleport Drive, Suite 302, Staten Island, NY 10311
Tel: (718) 668-2881 • Fax: (718) 668-1937
Toll Free: (855) 399-4RTR (4787)
N.Y.C. Dept. of Consumer Affairs License # 1000523

Scanned by CamScanner

**Maimonides Medical Center**
Finance Division
Patient Accounts
4802 Tenth Avenue
Brooklyn, New York 11219-2916
Fax: (718) 283-6780

BROOKLYN NY 11219-2916                    PRINT DATE: 06/24/15-09:11

INPATIENT ACCTS:718 283-6740               PAGE:   1

PATIENT#: 1663833  RODRIGUEZ, RALPHY        BIRTHDATE: 05/02/2007  SEX: M

BILL TO: RODRIGUEZ, GERALDO                 PHONE#-H: 347-204-5915
         8831 FT HMLTN PKWY                         W:

         BROOKLYN        NY   11209         RELATION: FTR

## ACCOUNT DETAIL

| ACCOUNT ID NUMBER | DATE POSTED | TRANSACTION DESCRIPTION | | ESTIMATED INSURANCE | PATIENT BALANCE |
|---|---|---|---|---|---|
| 501701837 | REG:07/06/14-ER | L-VST:07/06/14 | | | |
| OP#587999 | 07/06/14 | ER LEVEL III | IKP | 587.00 | .00 |
| | | IBUPROFEN 100MG/5ML SUSP | IKP | 8.00 | .00 |
| | 07/23/14 | CONTRACTUAL ALLOW-MEDICA | IKP | 89.25- | .00 |
| | 09/22/14 | DNY D6 | IKP | .00 | .00 |
| | 12/01/14 | DNY18 | IKP | .00 | .00 |
| | 12/03/14 | TRANSFR    505.75  TO IN6 | IKP | .00 | .00 |
| | 12/09/14 | 141209-DNY/NOT SUDDEN AND | IN6 | .00 | .00 |
| | 04/16/15 | TRANSFR    505.75  TO S3S | SLF | .00 | .00 |
| | | NYS SURCHRG ADJ: 9.63% | S3S | .00 | 48.70 |
| | | TRANSFER FROM/TO PAT RESP | | 505.75- | 505.75 |

## ACCOUNT SUMMARY

| ACCOUNT ID NUMBER | INPATIENT OR OUTPATIENT ACCOUNT DESCRIPTION | TOTAL BALANCE | ESTIMATED INSURANCE | PATIENT BALANCE |
|---|---|---|---|---|
| OP#587999 501701837 | REG:07/06/14-ER | 554.45 | .00 | 554.45 |
| | TOTAL: | 554.45 | .00 | 554.45 |

Scanned by CamScanner