UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GERALDO RODRIGUES, Individually
and on behalf of a class,

                                                                Case No. 15-cv-5739-KAM-SMG

                                        Plaintiff,

            - against -

RTR FINANCIAL SERVICES, INC.,

                                        Defendant.
------------------------------------------------------------X

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the plaintiff,

GERALDO RODRIGUES, by his attorneys, SHAKED LAW GROUP, P.C., and defendant,

RTR FINANCIAL SERVICES, INC., by its attorney, THE SALVO LAW FIRM P.C. that the

above-entitled action is hereby dismissed, with prejudice, and without attorney's fees and costs

against any party.

Dated: New York, New York
            December 16, 2015

THE SALVO LAW FIRM, P.C.
Attorneys for Defendant

By: _____
        Cindy D. Salvo
        185 Fairfield Ave., Ste. 3C/3D
        West Caldwell,, NJ 07006
        Tel. (973) 226-2220
        e-mail: csalvo@salvolawfirm.com

SHAKED LAW GROUP, P.C.
Attorneys for Plaintiff

By: _____
        Dan Shaked (DS-3331)
        44 Court St., Suite 1217
        Brooklyn, NY 11201
        Tel. (917) 373-9128
        e-mail: ShakedLawGroup@gmail.com